UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                              ]

                                                    ]

TIGIST KEBEDE,                                      ]        Case No. 18-

                                                    ]        Chapter 11

                    Debtor.                         ]

                                                    ]

## CONSENT MOTION TO WITHDRAW AS DEBTOR'S COUNSEL

TO THE HONORABLE KLINETTE H. KINDRED, BANKRUPTCY JUDGE:

COMES NOW the Law Offices of Jeffrey M. Sherman ("JMS"), counsel to Tigist Kebede,

debtor and debtor in possession herein ("Debtor"), and respectfully requests as follows:

1. JMS has served as counsel to the Debtor since June 2018 (Docket No. 1).

2. Due to circumstances unrelated to this matter, and unrelated to the continuing relationship of

JMS to the Debtor, and related only to limitations on the continued role of JMS as Debtor's counsel due

to health reasons afflicting JMS, JMS must regrettably seek leave to withdraw formally from the further

representation of the Debtor herein.

3. The Debtor has procured the representation of Cohen, Baldinger & Greenfeld, LLC, to serve

as substitute counsel herein.

4. The engagement of Cohen, Baldinger & Greenfeld, LLC, also constitute the termination of the

attorney-client relationship between JMS and the Debtor.

5. By electronic mail dated November 18, 2019, the Debtor authorized JMS to reflect that she

consents to the withdrawal of JMS as Debtor's counsel herein, for all purposes.

WHEREFORE, JMS respectfully requests that the Court enter an Order:

1.  Granting this Motion;

2.  Authorizing JMS to withdraw as counsel to the Debtor herein, for all purposes; and

3.  Granting to JMS and the Debtor such other and further relief as is just and proper.

Dated: November 19, 2019                              Respectfully submitted,


                                                      */s/ Jeffrey M. Sherman*
                                                      Jeffrey M. Sherman, VSB 22424
                                                      Law Offices of Jeffrey M. Sherman
                                                      1600 N. Oak Street, Suite 1826
                                                      Arlington, VA 22209
                                                      (703) 855-7394
                                                      jeffreymsherman@gmail.com


### CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing was served on November 19, 2019, by first class mail, postage prepaid, and, where available, by electronic transmission, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314
USTPRegion04.DC.ECF@USDOJ.GOV

Steven H. Greenfeld
Cohen Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd.
Suite 103
Rockville, MD 20852
steveng@cohenbaldinger.com


                                                      */S/ Jeffrey M. Sherman*
                                                      Jeffrey M. Sherman